*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF CONNECTICUT*

---------------------------------------------------------------x

*RASHEED MINGUES,*

*Plaintiff,*

*Civil Action No.* 3:25cv1620(KAD)

*-against-*

*COMPLAINT*

*JURY TRIAL DEMANDED*

*ROBERT GREENE JR., in his individual and capacity*

*Defendant.*

SEP 29 2025 PM2:51
FILED - USDC - BPT - CT

---------------------------------------------------------------x

*I. Preliminary Statement*

*1. This is a civil action for damages brought under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), for violation of Plaintiff's constitutional rights. Plaintiff Rasheed Mingues, was a federal inmate and alleges that Defendant, federal official, acting under the color of his authority, were deliberately indifferent to plaintiff serious medical needs, resulting in prolonged and chronic respiratory infections, permanent lung damage, swollen lymph nodes, and nosebleeds, caused by unsanitary conditions at FCI Danbury.*

*II. Jurisdiction*

*2. This court has subjected matter jurisdiction under 28 U.S.C. Section 28 U.S.C. 1331.*

*Venue is proper because the events giving rise to the claims occurred within this district.*

*III. Parties*

*3. Plaintiff, Rasheed Mingues, inmate Number 335521-510, is currently incarcerated at FCI Danbury, in Connecticut, a citizen of the United States.*

*4. Defendant Robert Greene Jr., Doctor, is a federal employee who at all relevant times, was responsible for the medical care of the plaintiff.*

*IV. Factual allegations*

*5. Since approximately December 13, 2024, Plaintiff has suffered from serious respiratory issues, including chronic infections of the lungs and persistent coughing, shortness of breath.*

*6. Plaintiff's condition is further evidenced by medical records of swollen lymph nodes and repeated, unexplained nosebleeds.*

*7. Medical records and examinations confirm the severity of these conditions. For example, an x-ray on January 17, 2025 confirmed inflammation of the lungs.*

*Defendants' Knowledge and disregard:*

*8. Beginning on or about August 23, 2023, Plaintiff began complaining to Defendant about his worsening respiratory condition and requested medical treatment.*

*9. Plaintiff filed multiple medical requests, known as "sick call slips," "health services requests," on or about October 15, 2023, until present of this complaint, specifically informing Defendant of his symptoms.*

*10. Despite these repeated requests, Defendant Robert Greene Jr., knowingly and unreasonably delayed, denied, or interfered with Plaintiff's access to proper medical care, including refusing to schedule appointments with specialists, denying prescribed antibiotics, and providing incorrect medication.*

*Harm and causation:*

*11. Due to the defendants' deliberate indifference, Plaintiff's medical condition has exacerbated over an extended period.*

*12. The delay in receiving proper antibiotics and specialized care caused Plaintiff's respiratory infections to become chronic.*

*13. As a direct and proximate result, Plaintiff has suffered permanent physical damage to his lungs, including scarring, and continues to experience chronic respiratory problems, painful Swollen lymph nodes, and nosebleeds.*

*14. This permanent harm could have been avoided had the Defendant not deliberately delayed or denied treatment.*

*Count I: Eighth Amendment violation - deliberate indifference:*

*15. The Eighth Amendment to the United States Constitution, as applied through Bivens, protects individuals from cruel and unusual punishment, including deliberate indifference to serious medical needs.*

*16. Plaintiff's multiple and persistent respiratory infections, coupled with swollen lymph nodes and nosebleeds, constitute a serious medical need.*

*17. Defendant was aware of Plaintiff's serious medical needs through his repeated complaints and requests for treatment.*

*18. Despite this knowledge, Defendant acted with deliberate indifference by his prolonged denial and delay of appropriate medical care.*

*Damages:*

*19. As a result of Defendants' deliberate indifference, Plaintiff has suffered severe and lasting physical and emotional injuries, including pain, suffering and permanent damage to his lungs.*

*Plaintiff seeks compensatory and punitive damages in the amount to be proven at trial.*

*Exhaustion of administrative remedies*

*a. Plaintiff has properly exhausted all available administrative remedies, for the above issues, as required by the Prison Litigation Reform Act (PLRA). This involves completing the prison's grievance process before filing this suit.*

*Prayer for relief:*

*20. Plaintiff respectfully requests that the Court enter judgment in his favor and against the Defendant, and award the following relief:*

1. *Compensatory damages for physical pain, suffering, and permanent injury.*
2. *Punitive damages to punish the Defendant for his misconduct and deter similar behavior in the future.*
3. *Such other and further relief as the Court deems just and proper.*

*Dated: September 30, 2025*

*Respectfully submitted,*

*Rasheed Mingues, Pro se*
*#335521-510*
*FCI Danbury*
*33 ½ Pembroke Road, Route 37*
*Danbury, CT 06811*

Rasheed Mingues
#335521-510
FCI Danbury Federal Correctional Facility
33 1/2 Pembroke Road, Route 37
Danbury, CT 06811

Clerk of The
United States D
U.S. Courtho
915 LaFaye
Bridgeport,